# Third District Court of Appeal
## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-11
Lower Tribunal No. 18-5597
_____

## Sharon Zuckerman,
Appellant,

vs.

## Susan Zuckerman, etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Sharon Zuckerman, in proper person.

Peter A. Cohen, P.A. and Peter A. Cohen, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).